United States District Court
Southern District of Texas
ENTERED

JUL 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

FERNANDO BEASLEY

vs

ERNESTINA CANTU, ET AL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

\* C.A. NO.
\* B97 073

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 23 1998
Michael N. Milby, Clerk

## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1)   All discovery in this case must be completed by __October 23, 1998__. If additional time is required, a motion requesting such extension must be filed no later than __October 9, 1998__. Failure to file such motion shall preclude further discovery.

(2)   All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3)   A joint pretrial order, in full compliance with the local rules, setting forth the following matters be filed no later than __November 16, 1998__:

   (a)   the nature of the case;
   (b)   contentions of the parties;
   (c)   stipulations;
   (d)   specific issues of fact, as they are submitted to the jury;
   (e)   issues of law, if any;
   (f)   list of all pending motions;
   (g)   approximate duration of trial; and
   (h)   in non-jury cases, specific proposed findings of fact and conclusions of laws.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.

(4)   (a) Plaintiff/s shall designate expert witnesses, if applicable, by __September 15, 1998__.
      (b) Defendant/s shall designate expert witnesses, if applicable, by __September 29, 1998__.

(5)   A final pretrial and settlement conference be set for __December 11, 1998, 2 pm__.

(6)   Trial on the merits be set for __January, 1999__, docket call.

DONE at Brownsville, Texas, on __July 23, 1998__.

Fidencio G. Garza, Jr.
United States Magistrate Judge