11

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
*FILED*
**SEP 01 1998**
Michael N. Milby
Clerk of Court

Fernando Beasley §
§
§
versus §    CIVIL ACTION B-97-73
§
Ernestina Carte, et al §
§

*United States District Court*
*Southern District of Texas*
*ENTERED*
**SEP 02 1998**
Michael N. Milby, Clerk of Court
By Deputy Clerk

Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge