14

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Fernando Beasley §
versus §
§ CIVIL ACTION 97-73
§
Ernestina Cantu §

## Order Setting Hearing

1. (motion) A hearing will be held before Judge Hilda G. Tagle on: __1-8-99__, 1998 at __10:00__ __A__.m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

   United States District Court
   Southern District of Texas
   ENTERED
   DEC 0 9 1998
   Michael N. Milby, Clerk of Court
   By Deputy Clerk _____

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __December 8th__, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.