16

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JAN 1 4 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

FERNANDO BEASLEY                     §
                     Plaintiff       §
                                     §
VS.                                  §
                                     §
ERNESTINA CANTU,                     §        CIVIL ACTION B-97-073
DARYLE ANDERSON                      §
WACKENHUT CORP., AND                 §
JOHN DOE                             §
                     Defendants

## ORDER

BE IT REMEMBERED that on this the 14th day of January, 1999, came on to be

heard the Defendants' Motion to Dismiss.  The Court, having considered the pleadings,

evidence and arguments of counsel, finds that the Defendants' Motion to Dismiss is hereby

GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by this Court that

Defendants' Motion is hereby GRANTED and that Plaintiff take nothing on his claim; that

judgment be entered in favor of Defendants, and that the above-entitled and numbered cause

be and the same is hereby DISMISSED WITH PREJUDICE.

Any other relief not specifically granted herein is denied.

SIGNED and ENTERED this 14 day of _____January_____, 1999.

_____
UNITED STATES DISTRICT COURT JUDGE